IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01472-PSF-MEH

GWEN LUCAS,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

---

### ORDER GRANTING WITHDRAWAL OF CLAIM

---

    Plaintiff's Motion to Withdraw Claim for Breech of Fiduciary Duty (Dkt. # 11), the Third Claim for Relief of the Complaint, is GRANTED.

    IT IS FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order filed in chambers, in proper format, will be denied without prejudice.  The parties are DIRECTED to D.C.COLO.LCivR 5.6(A) regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

    DATED: August 28, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge