IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01472-PSF-MEH

GWEN LUCAS,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

## ORDER DENYING MOTION AS MOOT

This matter is before the Court on Defendant's Motion to Dismiss (Dkt. # 8), seeking the dismissal of Plaintiff's Third Claim for Relief for breach of fiduciary duty. In light of Plaintiff's Motion to Withdraw Claim for Breach of Fiduciary Duty (Dkt. # 11), which was granted by Order of this Court dated August 28, 2006 (Dkt. # 12), Defendant's Motion to Dismiss is DENIED as moot.

DATED: November 6, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge