IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01472-PSF-MEH

GWEN LUCAS,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 10, 2007.**

For good cause shown, the Joint Motion to Amend Scheduling Order [Filed January 4, 2007; Docket #20] is hereby **granted**. The following case management deadlines shall hereafter govern this case:

| | | |
|---|---|---|
| ! | Plaintiff's Expert Disclosure: | February 5, 2007 |
| ! | Defendant's Expert Disclosure: | March 21, 2007 |
| ! | Discovery Cutoff: | April 18, 2007 |
| ! | Dispositive Motion Deadline: | May 18, 2007 |

The dates and times set for a settlement conference and Final Pretrial Conference in this case remain in full force and effect, as do the dates by which the parties are required to submit their confidential settlement statements to Chambers at Hegarty_Chambers@cod.uscourts.gov and a proposed Final Pretrial Order pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L.