IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01472-PSF-MEH

GWEN LUCAS,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

---

## ORDER OF DISMISSAL

---

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 26).  Having reviewed the stipulation and the file, the Court hereby ORDERS that this action is DISMISSED WITH PREJUDICE, each party to pay her or its own attorneys' fees and costs.

    DATED:  February 7, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge